### COOPER *v.* RICKETSON.

EVANS, P. J. The court did not abuse his discretion in refusing an ad interim injunction.    *Judgment affirmed. All the Justices concur.*
JUNE 10, 1914.

Petition for injunction. Before Judge Cox. Decatur superior court. April 7, 1914.

*W. V. Custer,* for plaintiff.

*W. M. Harrell* and *Wilson, Bennett & Lambdin,* for defendant.

---

### HOUSTON, trustee, *v.* POSTELL, by next friend.

HILL, J. The certificate of the trial judge fails to certify as true the bill of exceptions in this case. This is jurisdictional, and this court is without authority to determine the case. The writ of error will therefore be dismissed. Civil Code, § 6145; *Prater* v. *Prater,* 140 *Ga.* 326 (78 S. E. 1008).    *Writ of error dismissed. All the Justices concur.*
JUNE 10, 1914.

From Thomas superior court.

*C. P. Hansell,* for plaintiff in error.